**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| WENDY J. HOWELL,<br><br>      Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | NO.  CV-04-5113-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**IT IS ORDERED AND ADJUDGED** that the above captioned-case be REVERSED and REMANDED for further proceedings consistent with the Memorandum Opinion filed September 19, 2007, in the United States Court of Appeals for the Ninth Circuit, Cause No. 05-35919.  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

     DATED this 13th day of December, 2007.

                                              JAMES R. LARSEN<br>
                                              District Court Executive/Clerk


                                          by:  s/Cheryl Switzer<br>
                                                  Deputy Clerk

cc: all counsel